JS-6

(Counsel Listed Following Signature Page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., et al., | Case No. SACV07-402 AG (ANx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | Judges: Hon. Andrew J. Guilford & Hon. Arthur Nakazato |
| IRELL & MANELLA LLP, | |
| Defendant. | |

The parties having reached a private settlement of the claims and counterclaims asserted in this action, and the parties having stipulated to the dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c),

IT IS HEREBY ORDERED that the within action is dismissed. The dismissal shall be **with prejudice** as to all claims and counterclaims alleged in the

action, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement.

IT IS HEREBY FURTHER ORDERED that the Court shall retain jurisdiction to address any issues or disputes that may arise relating to the parties' compliance with the protective order entered by the Court on January 18, 2008.

**SO ORDERED.**

Dated: February _11_, 2009

_____
Hon. Andrew J. Guilford
United States District Judge

# LIST OF COUNSEL

Fred H. Bartlit, Jr.  
Glen E. Summers  
Kaspar J. Stoffelmayr  
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP  
1899 Wynkoop Street, 8th Floor  
Denver, CO 80202  
(303) 592-3100  

Michael S. Sundermeyer  
Paul B. Gaffney  
Gilbert Greenman  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, DC 20005  
(202) 434-5000  

David Freishtat  
Stacie F. Dubnow  
FREISHTAT, MULLEN & DUBNOW, LLC  
Executive Plaza I, Suite 1000  
11350 McCormick Road  
Hunt Valley, Maryland 21031  
(410) 727-7740  

David I. Gindler  
IRELL & MANELLA LLP  
1800 Avenue of the Stars, Suite 900  
Los Angeles, CA 90067-4276  
(310) 277-1010  

Stephen B. Higgins  
Steven M. Sherman  
THOMPSON COBURN LLP  
One US Bank Plaza  
St. Louis, MO 63101-1611  
(314) 552-6000  

Thomas R. Malcolm  
JONES DAY  
3 Park Plaza, Suite 1100  
Irvine, California 92614-2592  
(949) 851-3939  

*Attorneys for Defendant Irell & Manella LLP*

David A. Robinson  
Donald P. Wagner  
ENTERPRISE COUNSEL GROUP  
Five Park Plaza, Suite 450  
Irvine, CA 92614-5976  
(949) 833-8550  

*Attorneys for Plaintiffs Charter Communications, Inc.; Charter Communications Holding Company, LLC; Charter Communications Holdings, LLC; and CCV Holdings, LLC*

3